# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **FELICIANO TAX,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.**  **4:21-cv-1347** |
| | § | |
| **RANDALLS FOOD & DRUGS, L.P.** | § | |
| **d/b/a RANDALL'S PHARMACY #3064,** | § | |
| *Defendant.* | § | |

### EXHIBIT A – INDEX OF MATTERS BEING FILED

| TAB | DATE | DOCUMENT |
|---|---|---|
| 1 | n/a | Docket Sheet |
| 2 | 3/23/2021 | Plaintiff's Original Petition & Plaintiff's First Discovery Requestst to Defendant Randalls Food & Drugs, L.P. d/b/a Randall's Pharmacy #3064 |
| 3 | 3/25/2021 | Executed Return of Service for Randalls Food & Drugs, L.P. d/b/a Randall's Pharmacy #3064 |
| 4 | 4/16/2021 | Defendant's Original Answer and Affirmative Defenses |

Respectfully submitted,

By:  **/s/ Trek Doyle**
Trek Doyle
State Bar No. 00790608
SDTX No. 27163
trek@doyleseelbach.com
Karl Seelbach
State Bar No. 24044607
SDTX No. 690070
karl@doyleseelbach.com
Ryan Cantu
State Bar No. 24076853
ryan@doyleseelbach.com

Doyle & Seelbach PLLC
7700 W. Highway 71, Ste. 250
Austin, Texas 78735
512.960.4890 phone
doyleseelbach.com

*ATTORNEYS FOR DEFENDANT*

Doyle & Seelbach

## <u>CERTIFICATE OF SERVICE</u>

By my signature above, I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic delivery to counsel identified below on this, the 23rd day of April, 2021.

Roy J. Elizondo
Law Offices of Domingo Garcia LLP
6200 Gulf Freeway, Suite 410
Houston, Texas 77023
relizondo@millerweisbrod.com
*ATTORNEY FOR PLAINTIFF*

TAB 1

| HCDistrictclerk.com | TAX, FELICIANO vs. RANDALLS FOOD & DRUGS L P (D/B/A RANDALLS PHARMACY #3064) | 4/19/2021 |

Cause: 202117001          CDI: 7          Court: 269

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

| CASE DETAILS | |
|---|---|
| File Date | 3/23/2021 |
| Case (Cause) Location | Civil Intake 1st Floor |
| Case (Cause) Status | Active - Civil |
| Case (Cause) Type | PERSONAL INJ (NON-AUTO) |
| Next/Last Setting Date | N/A |
| Jury Fee Paid Date | N/A |

| CURRENT PRESIDING JUDGE | |
|---|---|
| Court | 269th |
| Address | 201 CAROLINE (Floor: 13) HOUSTON, TX 77002 Phone:7133686370 |
| JudgeName | CORY SEPOLIO |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| TAX, FELICIANO | PLAINTIFF - CIVIL | | ELIZONDO, ROY JESSE III |

| RANDALLS FOOD & DRUGS L P (D/B/A RANDALLS PHARMACY #3064) | DEFENDANT - CIVIL | DOYLE, TREK C. |
| RANDALLS PHARMACY #3064 | DEFENDANT - CIVIL | |
| RANDALLS FOOD & DRUGS L P (D/B/A RANDALLS PHARMACY #3064) MAY BE | REGISTERED AGENT | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 4/16/2021 | ANSWER ORIGINAL PETITION | | | 0 | | DOYLE, TREK C. | RANDALLS FOOD & DRUGS L P (D/B/A RANDALLS PHARMACY #3064) |
| 3/23/2021 | ORIGINAL PETITION | | | 0 | | ELIZONDO, ROY JESSE III | TAX, FELICIANO |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|------------|--------|-----------|--------|--------|----------|----------|----------|------------|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | RANDALLS FOOD & DRUGS L P (D/B/A RANDALLS PHARMACY #3064) MAY BE | 3/23/2021 | 3/24/2021 | 3/25/2021 | | | 73853301 | E-MAIL |
| | 1999 BRYAN ST STE 900 DALLAS TX 75201 | | | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 95349127 | Defendant's Original Answer and Affirmative Defenses | | 04/16/2021 | 5 |
| 95000129 | Return of Service | | 03/25/2021 | 1 |
| 94954554 | Plaintiff's Original Petition and Request for Disclosure | | 03/23/2021 | 6 |
| -> 94954555 | Plaintiffs First Discovery Requests to Defendant Randalls Food & Drugs, L.P. d/b/a Randalls Pharmacy #3064 | | 03/23/2021 | 10 |

TAB 2

3/23/2021 4:32 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 51754472
By: Marcella Hill
Filed: 3/23/2021 4:32 PM

**CAUSE NO. _____**

| | | |
|---|---|---|
| **FELICIANO TAX** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **RANDALLS FOOD & DRUGS, L.P.** | § | |
| **d/b/a RANDALL'S  PHARMACY #3064** | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF THIS COURT:

Comes Now, Feliciano Tax ("Plaintiff") complaining of Randalls Food & Drugs, L.P. d/b/a Randall's Pharmacy #3064 ("Defendant") and for cause of action would respectfully show to the Court the following:

### I. DISCOVERY PLAN

1.      Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### II. STATEMENT REGARDING MONETARY RELIEF SOUGHT

2.      Pursuant to Texas Rules of Civil Procedure 47(c), Plaintiff seeks monetary relief over $1,000,000.00.  Discovery in this matter has just commenced and, therefore, Plaintiff cannot reliably state a maximum amount of damages he is seeking at this time and reserves the right to supplement in accordance with the Texas Rules of Civil Procedure.

### III. PARTIES

3.      Plaintiff is a resident of Harris County, Texas.

4.      Defendant Randalls Food & Drugs, L.P. d/b/a Randalls Pharmacy #3064 ("Randall's") is a for-profit business entity that carries on business in Harris County, Texas and various other locations.  Randall's may be served with service of process by service upon its registered agent,

CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136. **Citation is requested at this time.**

### IV. JURISDICTION AND VENUE

5.      The Court has subject matter jurisdiction over this matter because the amount in controversy exceeds the minimum jurisdictional limit of the Court.  Venue is proper in Harris County pursuant to C.P.R.C. § 15.002(a)(1)-(2).

### V. FACTUAL BACKGROUND

6.      On August 1, 2019, Plaintiff Feliciano Tax was an employee of Randalls Food & Drugs, L.P. d/b/a Randalls Pharmacy #3064.  Mr. Tax was working at Defendant's place of business located at 5130 Bellaire Blvd., Bellaire, Texas 77401.

7.      At Defendant's premises, Plaintiff was responsible for maintenance and had been a dedicated employee for nearly forty (40) years.  On the date of the incident, Mr. Munguia was unloading heavy boxes from a "six wheel buggy" without the aid of a necessary spotter or secondary employee.  As he was completing the fourth load, he was injured and immediately reported his injury to his supervisor.

8.      Due to the negligence of Defendant, Mr. Tax sustained a tear to his right shoulder, causing him lifetime restrictions.

9.      Defendant, Randalls Food & Drugs, L.P., d/b/a Randalls Pharmacy #3064., as an employer, was not a subscriber to Workers' Compensation insurance at the time of the incident and is thus a "non-subscriber" under Texas law.  Randalls Food & Drugs, L.P., d/b/a Randalls Pharmacy #3064 is prohibited from asserting any common law defenses (such as comparative negligence, assumption of the risk, fellow-employee doctrine, sudden emergency, unavoidable accident, etc.) against Mr. Tax.

## VI. Negligence of Defendant Randalls Food & Drugs, L.P., d/b/a Randalls Pharmacy #3064

10.     The negligence of Defendant was the proximate cause of the injuries and damages to the Plaintiff as more fully set forth below.   Defendant failed in one or more of the following particulars:

      A.  In failing to provide a safe working environment or workplace;

      B.  In failing to provide proper safety equipment;

      C.  In failing to properly warn of the hazards associated with unloading heavy boxes;

      D.  In failing to provide proper safety standards and practices, such as a safe way to unload heavy boxes;

      E.  In failing to provide more than one employee to safely handle heavy loads without injury;

      F.  In failing as an employer to adhere and enforce safety regulations set by the Occupational Safety and Health Administration; and

      G.  Other acts so deemed negligent/

11.     The above and foregoing acts and/or omissions were a proximate cause of Plaintiff's injuries and damages and were committed and/or omitted by Defendant, its agents, servants, and/or employees in the course and scope of their agency, representation and/or employment.

## VII. Gross Negligence of Defendant Randalls Food & Drugs, L.P., d/b/a Randalls Pharmacy #3064

12.     Defendant was grossly negligent and acted with malice, as those terms are understood under Texas law, and such conduct was a proximate cause of the occurrence and Plaintiff's damages.   Defendant's malicious and grossly negligent conduct justifies the imposition of punitive and exemplary damages both as punishment to Defendant for its callous disregard and

as a deterrent to others from engaging in similar conduct.  Plaintiff therefore asks for and is entitled to punitive and exemplary damages in addition to all actual damages.

## VIII. DAMAGES

13.    Because of the actions and conduct of Defendant set forth above, Plaintiff suffered serious bodily injuries and damages.  By reason of those injuries and the damages flowing in law therefrom, this suit is maintained.

14.    Because of the nature and severity of the injuries Plaintiff sustained, he has suffered physical pain, mental anguish, physical impairment, disfigurement and, in reasonable probability, he will continue to suffer physical pain, mental anguish, physical impairment, and disfigurement into the future.

15.    The injuries sustained by Plaintiff have required medical treatment in the past and, in reasonable probability, will require other and additional medical treatment in the future.  Charges incurred by Plaintiff for such medical treatment in the past and those which will in reasonable probability be incurred in the future have been and will be reasonable charges made necessary by the incident in question.

16.    As a direct and proximate result of the injuries, Feliciano Tax has suffered diminished earning capacity in the past and will continue to suffer a loss of earnings into the future.  To compensate for this loss, he seeks recovery of loss of past and future earning capacity.

## IX. RESERVE THE RIGHT TO AMEND & SUPPLEMENT

17.    These allegations against Defendant are made acknowledging that investigation and discovery, although undertaken, are continuing in this matter.  As further investigation and discovery are conducted, additional facts will surely be uncovered that may and probably will

necessitate further, additional, and/or different allegations, including the potential of adding parties to and/or dismissing parties from the case.   The right to do so is, under Texas law, expressly reserved.

## X. REQUEST FOR DISCLOSURE TO DEFENDANT

18.     Pursuant to Rule 194, Defendant is requested to disclose within the time period set forth in Rule 194.3 the information or material described in Rule 194.2(a) - 194.2(l).

## XI. PRE-JUDGMENT INTEREST

19.     Plaintiff would additionally say and show that she is entitled to recovery of pre-judgment interest in accordance with law and equity as part of her damages herein, and Plaintiff here and now sues for recovery of pre-judgment interest as provided by law and equity under the applicable provisions of the laws of the State of Texas.

## XII. JURY DEMAND

20.     Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff hereby demands a trial by jury and the appropriate fee has been previously tendered.

## XIII. DESIGNATED E-SERVICE EMAIL ADDRESS

21.     The following is the undersigned attorney's designation of electronic service email address for all electronically served documents and notices, filed and unfiled, pursuant to Tex. R Civ. P. 21(a) and 21(f)(2). (jarreaga@millerweisbrod.com).   This is the undersigned's ONLY electronic service email address, and service through any other email address will be considered invalid.

## XIV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final trial, Plaintiff recover actual damages as specified

above from Defendant, plus costs of Court, pre-judgment and post-judgment interest at the legal

rate, and have such other and further relief, general and special, at law and in equity, to which

Plaintiff may be justly entitled under the facts and circumstances.

Respectfully submitted,

**LAW OFFICES OF DOMINGO GARCIA, L.L.P.**

6200 Gulf Freeway, Suite 410
Houston, Texas 77023
Telephone:      (713) 349-1500
Facsimile:      (713) 432-7785

*/s/ Roy J.  Elizondo, III*

ROY J. ELIZONDO, III
State Bar No.: 24036519
relizondo@millerweisbrod.com

**ATTORNEY FOR PLAINTIFF**

TAB 3

3/25/2021 4:13 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 51844317
By: F Abdul-Bari
Filed: 3/25/2021 4:13 PM

**CAUSE NUMBER: 2021-17001**

**FELICIANO TAX**
**PLAINTIFF**

**VS.**                                    **IN THE 269TH JUDICIAL DISTRICT**
                                           **COURT OF HARRIS COUNTY, TEXAS**

**RANDALLS FOOD & DRUGS, L.P. D/B/A**
**RANDALL'S PHARMACY #3064**
**DEFENDANT**

**RETURN OF SERVICE**

My name is **GUY CONNELLY**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY,  TX 77009, U.S.A.

ON **Wednesday March 24, 2021 AT 10:44 AM - CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, AND PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANT RANDALLS FOOD & DRUGS, L.P. D/B/A RANDALL'S PHARMACY #3064** came to hand for service upon **RANDALLS FOOD & DRUGS, L.P. (D/B/A RANDALL'S PHARMACY #3064) BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM**.

On **Thursday March 25, 2021** at **11:00 AM -** The above named documents were hand delivered to: **RANDALLS FOOD & DRUGS, L.P. (D/B/A RANDALL'S PHARMACY #3064) BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM @ 1999 BRYAN ST., STE. 900, DALLAS, TX 75201**, **in Person.** By delivering to Lindsey Barrientez, Intake Specialist

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                          DECLARATION

"My name is **GUY CONNELLY,** my date of birth is 11/04/1951 my business address is **1320 QUITMAN STREET, HOUSTON, TX  77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Dallas County, State of Texas on Thursday March 25, 2021**

 **/s/GUY CONNELLY**                     PSC#2201 EXP. 09/30/22
Declarant                               Appointed in accordance with State Statutes

2021.03.544326

TAB 4

4/16/2021 10:03 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52528596
By: F Abdul-Bari
Filed: 4/16/2021 10:03 AM

## CAUSE NO. 2021-17001

| | | |
|---|---|---|
| **FELICIANO TAX,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **269TH JUDICIAL DISTRICT** |
| | § | |
| **RANDALLS FOOD & DRUGS, L.P.** | § | |
| **d/b/a RANDALL'S PHARMACY #3064,** | § | |
| *Defendant.* | § | **HARRIS COUNTY, TEXAS** |

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Randalls Food & Drugs, L.P. d/b/a Randall's Pharmacy #3064 ("Defendant") hereby submits its Original Answer to Plaintiff's Original Petition and would show as follows:

### GENERAL DENIAL

1.      Without waiving any other defenses Defendant may have or hereafter come to have or urge, Defendant generally denies each and every material allegation in Plaintiff's Original Petition (and all subsequent amended and supplemental Petitions filed herein) pursuant to Rule 92 of the Texas Rules of Civil Procedure and demands strict proof thereof by a preponderance of the evidence or by clear and convincing evidence as the law requires.

### AFFIRMATIVE DEFENSES

Without conceding that the following are affirmative defenses for which Defendant bears the burden of proof, Defendant asserts that:

2.      Any supposed hazard at issue in the incident was open and obvious. Defendant owed no duty to Plaintiff with respect to open and obvious hazards.

3.      Defendant relies upon the proportionate responsibility provisions of Chapter 33 of the Texas Civil Practice and Remedies Code. The responsibility of the parties, including Plaintiff, must be compared by the trier of fact.  Plaintiff was certainly a proximate, if not the sole cause of his own incident and injuries.  Without doubt, Plaintiff was more than fifty percent responsible for the incident in question and is therefore barred from recovery.

4.      Any award of pre-judgment interest for damages that have not yet accrued would violate Defendant's rights to substantive and procedural due process under the Fifth and Fourteenth Amendments to the United States Constitution, as well as Article I, Sections 14, 16, and 19 of the Texas Constitution.

5.      Defendant pleads further that any recovery of medical expenses or healthcare expenses allegedly incurred by Plaintiff, is limited to the amount actually paid or incurred by or on behalf of Plaintiff, if any, pursuant to Tex. Civ. Prac. & Rem. Code §41.0105.  Defendant respectfully requests this Honorable Court to compute Plaintiff's award, if any, in accordance with the language of Section 41.0105 of the Texas Civil Practice and Remedies Code.  Defendant also requests that Plaintiff prove (1) that reasonable and necessary medical or healthcare expenses do exist, (2) what part of the medical or healthcare expenses have actually been paid or for which Plaintiff remains liable; and (3) that the medical or healthcare expenses claimed resulted from conduct of Defendant.

6.     To the extent Plaintiff seeks punitive or exemplary damages, Defendant relies upon the limitations and other provisions of Chapter 41 of the Texas Civil Practices & Remedies Code.

## OBJECTION AND/OR RESERVATION TO
## OBJECT TO PROPER NOTICE PURSUANT TO TEX. R. CIV. P. 193.7

To the extent Plaintiff purports to invoke Texas Rule of Civil Procedure 193.7 or any similar rule, Defendant objects to its timeliness as discovery has not yet been exchanged and Plaintiff cannot, in good faith, provide proper notice that Plaintiff will use documents produced by Defendant against it. Defendant further disputes that its deadline to object, pursuant to Texas Rule of Civil Procedure 193.7 or any similar rule, to the authenticity of a document Defendant may produce in the future is triggered by any notice contained in Plaintiff's petition. Defendant does not waive, and reserves the right, to object to documents later identified with specificity by Plaintiff in any future notice pursuant to Texas Rule of Civil Procedure 193.7 or any similar rule.

## OBJECTION AND/OR RESERVATION TO
## OBJECT TO PROPERLY SERVED DISCOVERY

To the extent Plaintiff purports to serve discovery requests with its Petition, Defendant objects to the timeliness of such requests, as a party cannot serve discovery until after the initial disclosures under Rule 194 are due, pursuant to Texas Rule of Civil Procedure 192.2(a).  Defendant requests that any prematurely served discovery be re-served after the initial disclosures have been exchanged.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by his suit, that Defendant be dismissed from this action, awarded court costs and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

By: ___/s/ Trek Doyle_____
Trek Doyle
State Bar No. 00790608
trek@doyleseelbach.com
Karl Seelbach
State Bar No. 24044607
karl@doyleseelbach.com
Ryan Cantu
State Bar No. 24076853
ryan@doyleseelbach.com

Doyle & Seelbach PLLC
7700 W. Highway 71, Ste. 250
Austin, Texas 78735
512.960.4890 phone
doyleseelbach.com

*ATTORNEYS FOR DEFENDANT*

Doyle & Seelbach

Defendant's Original Answer and Affirmative Defenses – Page 4

## <u>CERTIFICATE OF SERVICE</u>

By my signature above, I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic delivery to counsel identified below on this, the 16th day of April, 2021.

Roy J. Elizondo, III
Law Offices of Domingo Garcia, L.L.P.
6200 Gulf Freeway, Suite 410
Houston, Texas 77023
<u>relizondo@millerweisbrod.com</u>
*ATTORNEYS FOR PLAINTIFF*